UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MINX GOTTI (f/k/a Alexander LeFlore),

    Plaintiff,

        v.          Case No. 07-C-0928

RICK RAEMISCH, Secretary of the
Wisconsin Department of Corrections;
CATHY JESS, Warden of the Dodge
Correctional Institution; TIM CORRELL, M.D.,
Dodge Correctional Institution Physician; RANDALL
HEPP, Warden of the Jackson
Correctional Institution; JAMES
GREER, Director of the Wisconsin
Department of Corrections Bureau of Health
 Services, in their official capacities,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION
### FOR A PRELIMINARY INJUNCTION ENJOINING DEFENDANTS FROM
### REDUCING OR TERMINATING MINX GOTTI'S HORMONE THERAPY

---

After considering the complaint for Declaratory and Injunctive Relief, the Plaintiffs' Emergency Motion for a Preliminary Injunction, the Declaration of Minx Gotti, and the parties' stipulation of October 17, 2007,

IT IS ORDERED that Plaintiffs' Emergency Motion for a Preliminary Injunction is granted.

IT IS FURTHER ORDERED that defendants and persons acting under their authority or the authority of the State of Wisconsin are enjoined from withdrawing any hormonal therapy prescribed to the plaintiff, Minx Gotti, and are directed to continue administration of Gotti's hormone therapy at the level Gotti was

receiving before that level was reduced to comply with Wis. Stat. § 302.386(5m), until the court issues a final decision in this case.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2007.

BY THE COURT

s/ C. N. CLEVERT, JR.
_____
C. N. CLEVERT, JR.
U.S. District Judge